UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                           :
TREVOR SHAPIRO, et al.,                                    :
                                    Plaintiffs,            :          23 Civ. 3964 (LGS)
                                                           :
                    -against-                              :               ORDER
                                                           :
TRUDY JACOBSON, et al.,                                    :
                                    Defendant.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a conference was held on July 5, 2023.  For the reasons discussed at the

conference, it is hereby

        **ORDERED** that Plaintiffs shall continue their efforts to effectuate service on Defendant

Stephen Komorek as soon as possible and no later than the ninety-day period allowed under

Federal Rule of Civil Procedure 4(m).  It is further

        **ORDERED** that a conference in this matter will be held on **August 16, 2023, at 4:10**

**P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749;

access code 558-3333.  The start time is approximate, but the parties shall be prepared to begin at

the scheduled time.  The parties shall be prepared to discuss Defendant Trudy Jacobson's

contemplated motion to dismiss, any request for a stay of discovery during the pendency of such

motion and the proposed case management plan.

Dated: July 5, 2023
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE