AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:23-CV-03964**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Stephen Komorek**
was recieved by me on **7/05/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **WIFE SARAH**, a person of suitable age and discretion who resides at **3183 Lesmil Rd API International Group Investigators, Wellston, OH 45692**, on **07/08/2023 at 12:30 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  07/11/2023

*Server's signature*

**Michael Kraft**
*Printed name and title*

**8 E Columbus St
Pickerington, OH 43147**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to WIFE SARAH who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 80-120 lbs.**




Tracking #: **0110055611**