My name is Stephen Komorek, I declare under penalty of perjury that the following Statements are true and correct.

1. I do not reside at 3183 LESMIL RD, WELLSTON OH 45692.
2. Sarah Komorek is my estranged wife and we have been separated since January 3rd, 2023.
3. There is a "No Trespassing" sign visible at the only entry to the property.
4. I do not own the property located at 3183 Lesmil rd. It is owned by a Trust.
5. I was told directly by my estranged with via text on Saturday July 8th 2023 at 12:31pm "Process server showed up. I told him I don't know if you live here because you never moved any of your belongings in. He said "oh. I'll find him one way or another. Give him this if you see him" set the papers down and left". My estranged wife also told me he (process server) stuck his head in the door and yelled "hello anybody here?!". She went on to say that's how she knew he was at the door.
6. I have never lived or resided in the house which Sarah Komorek lives in at located at 3183 Lesmil rd, Wellston OH 45692.
7. I also was not personally served as Mr. Mccallion stated. "Mr. Komorek was similarly served at the same address – 3183 Lesmil Road, Wellston, Ohio 45692 – on July 5, 2023" this service was faulty and violated laws in the state of Ohio and my attorney on record has been notified.

Stephen Komorek

Aug 4th 2023

SUZANNE M. ODONOGHUE
NOTARY PUBLIC, State of New York
No. 01OD6289480
Qualified in Suffolk County
Commission Expires Sept. 30, 2025