# EXHIBIT B

Case 1:23-cv-03964-LGS   Document 29   Filed 08/04/23   Page 2 of 2
Case 1:23-cv-02165-ER   Document 26   Filed 06/26/23   Page 1 of 1
Case 1:23-cv-02165-ER   Document 15   Filed 03/23/23   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-02165-ER

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Stephen Komorek__
was received by me on *(date)* __6-1-23__ .

☐ I personally served the summons on the individual at *(place)* ____
____ on *(date)* ____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __William Ingram__
__Co Res. at 3183 Jerrmill Rd. Wellsmyth 45692__, a person of suitable age and discretion who resides there,
on *(date)* __6-22-23  11 AM__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____
____ on *(date)* ____ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __6-22-23__

__Rev Tony Hodge__
Server's signature

__REV. TONY HODGE P.I. AGENT__
Printed name and title

__1695 Franklin ave. Col., Oh- 43205__
Server's address

Additional information regarding attempted service, etc: