UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
TREVOR SHAPIRO, et al.,                                       :
                                        Plaintiffs,           :
                        -against-                             :      23 Civ. 3964 (LGS)
                                                              :
TRUDY JACOBSON, et al.,                                       :      ORDER
                                        Defendants.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an order issued July 5, 2023, scheduled a conference for August 16, 2023.

WHEREAS, on July 13, 2023, Plaintiffs filed proof of service of Defendant Stephen Komorek.

WHEREAS, on July 27, 2023, Komorek filed a letter motion to set aside the proof of service and for sanctions against Plaintiffs' counsel. On August 3, 2023, Plaintiffs filed a letter in response. It is hereby

**ORDERED** that by **August 11, 2023**, Plaintiffs shall file a letter brief, not to exceed three pages, regarding service of Komorek. Such letter brief shall explain how service comports with Ohio law. Plaintiffs may append an affidavit from Michael Kraft regarding the facts relevant to service to the letter brief. Defendants may file a response, not to exceed three pages, by **August 18, 2023**. It is further

**ORDERED** that the conference scheduled for August 16, 2023, is **ADJOURNED** to **August 23, 2023 at 4:10 P.M.** The start time is approximate, but the parties shall be prepared to begin at the scheduled time. The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333.

Dated: August 7, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE