UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TREVOR SHAPIRO and
JOHANNA QVIST,

                Plaintiffs,

-against-

TRUDY JACOBSON and STEPHEN KOMOREK,

                Defendants.
------------------------------------------------------------x

Civ. No. 23-03964 (LGS)

**DECLARATION OF MICHAEL KRAFT**

STATE OF OHIO    )
                      ) ss:
COUNTY OF FAIRFIELD)

      MICHAEL KRAFT, being duly sworn, declares as follows under penalty of perjury:

      1.    I submit this declaration in opposition to the motion by Stephen Komorek to set aside the service of process on him.

      2.    As I stated in my Proof of Service previously filed in this case, on July 8, 2023, I delivered the Summons and the Verified Complaint in this matter to Mr. Komorek's wife Sarah, who identified herself as Mr. Komorek's spouse.

      3.    I did not observe any "No Trespassing" sign at the service address, which was 3183 Lesmil Road, Wellston, Ohio 45692. Upon information and belief, this same address is used as a business address for API International Consulting Group, Inc. ("API"), an investigative company headed up by Mr. Komorek.

      4.    The door was open, but I knocked anyway and did not step into the house at any time. Mrs. Komorek told me that that Mr. Komorek officially still lived there, and that they were just "having some problems and he would stay in a motel up in Columbus every now and then."

5. I am familiar with the laws in Ohio regarding service of process, and believe that I complied with all applicable Ohio statutes and regulations dealing with service of legal process.

I declare under penalty of perjury that this information is true, except for the statements made upon information and belief, and as to those statements, I believe them to be true and correct.

_____
MICHAEL KRAFT

NOTARY PUBLIC
Sworn to before me this
day of August 2023

John S. M[cConeghey]
Expires 01-04-2028

*[Notary Seal: JOHN T MCCONEGHEY, NOTARY PUBLIC, STATE OF OHIO, My Comm. Expires January 4, 2028]*

2