UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

TREVOR SHAPIRO and JOHANNA QVIST,
Plaintiffs,

CASE# 1:23−cv−03964−LG

-against-

TRUDY JACOBSON and STEPHEN KOMOREK,

Defendants.

## MOTION TO DISMISS CASE

   Now comes the Defendant, Stephen Komorek, by and through Counsel, and Moves this Court to dismiss the above-mentioned case filed by Attorney Kenneth McCallion, due to the fact that Attorney Kenneth McCallion has failed to perfect service in the time required by the Federal Rules of Civil Procedure.

   Wherefore, Defendant, Stephen Komorek, moves this Honorable Court to dismiss the abovementioned lawsuit that has been filed by Attorney McCallion, plus require Plaintiff to pay Defendant, Stephen Komorek's attorney fees and all other relief that is proper and appropriate by law.

Application **DENIED** without prejudice, pending the conference scheduled for **October 11, at 4:10 P.M.**

Dated: September 14, 2023
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted:

 /s/ William G. Knapp III

William G. Knapp III
Attorney at Law
2548 Blue Mountain Trail
Lyons, Colorado, 80540
WGJK3@aol.com

## MEMORANDUM

   Counsel for the Plaintiff, Attorney Kenneth McCallion filed this case on July 13, 2023.