UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR SHAPIRO and JOHANNA QVIST,

              Plaintiffs,

  -against-

TRUDY JACOBSON and STEPHEN KOMOREK,

             Defendants.

NOTICE OF MOTION

Docket: 23-CV-3964 (LGS)

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and exhibits, Trudy Jacobson will move this Court before the Honorable Lorna G. Schofield, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, for Orders:

1.     Dismissing the Complaint for failure to state a cause of action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

2.     For such other relief as the Court deems just and proper.

Dated: Garden City, New York
       November 8, 2023

**BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP**

/s/ *Alexander Klein*
Alexander Klein, Esq.
666 Old Country Road, Ste. 700
Garden City, New York 11530
(516) 745-1500