UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR SHAPIRO and JOHANNA QVIST,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>TRUDY JACOBSON and STEPHEN KOMOREK,<br>　　　　　　　　　　Defendants. | 23-CV-3964 (LGS)<br><br>ORDER |
| TRUDY JACOBSON,<br>　　　　　　　　　　Third-Party Plaintiff,<br><br>　　　　-against-<br><br>CONFLICT INTERNATIONAL INC.,<br>　　　　　　　　　　Third-Party Defendant. | |

LORNA G. SCHOFIELD, U.S. District Judge:

　　WHEREAS, a pre-motion conference was held in this action on October 30, 2024. As discussed at the conference, it is hereby

　　**ORDERED** that formal discovery is **STAYED** as to the third-party claims by Third-Party Plaintiff Jacobson against Third-Party Defendant Conflict International. It is further

　　**ORDERED** that, by **November 1, 2024**, Third-Party Plaintiff Jacobson and Third-Party Defendant Conflict International shall file a stipulation concerning their obtaining and using in this action discovery from *Jacobson v. Conflict International, Inc. et al.*, 22 Civ. 10177, that is relevant to the third-party claims in this action. It is further

　　**ORDERED** that the parties' (excluding Conflict International) joint letter previously ordered to be filed by November 1, 2024, regarding the specifics of remaining fact discovery may be limited to address only discovery among and between Plaintiffs Shapiro and Qvist and

Defendants Jacobson and Komorek.  By **November 15, 2024**, the parties (excluding Conflict International) shall supplement such letter to provide the same information about discovery from persons and entities that are not parties to this action.  It is further

**ORDERED** that, by **November 6, 2024**, Plaintiffs Shapiro and Qvist and Defendants Jacobson and Komorek shall jointly file a proposed confidentiality agreement (the "Agreement") to be so ordered by the Court.  The parties shall email a courtesy copy of the Agreement in Word format to the Chambers email address.  If there are disputed provisions, the parties shall include their competing proposals in the Agreement and shall provide a letter explaining each party's position.

Dated: October 31, 2024
   New York, New York

                 LORNA G. SCHOFIELD
                **UNITED STATES DISTRICT JUDGE**