UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

TREVOR SHAPIRO and JOHANNA QVIST,
                    Plaintiffs,

-against-

TRUDY JACOBSON and STEPHEN KOMOREK,
                    Defendants.

TRUDY JACOBSON,
                    Third-Party Plaintiff,

-against-

CONFLICT INTERNATIONAL INC.,
                    Third-Party Defendant.

23-CV-3964 (LGS)

ORDER

LORNA G. SCHOFIELD, U.S. District Judge:

    WHEREAS, on May 22, 2025, Defendants Komorek and Jacobson filed separate motions for summary judgment and statements of undisputed facts.

    WHEREAS, on July 7, 2025, Plaintiffs filed their opposition to Defendants' motions for summary judgment. Plaintiffs also filed their responses to Defendants' statements of undisputed facts.

    WHEREAS, on July 8, 2025, Plaintiffs filed a corrected response to Defendant Komorek's statement of undisputed facts.

    WHEREAS, on July 15, 2025, Defendants filed their replies in support of their motions for summary judgment. In Defendant Komorek's reply, he argues that Plaintiffs' corrected response to his statement of undisputed facts should be "disallowed" because it is untimely and "violate[s] the Court's scheduling order as well as the Federal Rules of Civil Procedure."

WHEREAS, Plaintiffs' untimely filing does not warrant striking their corrected statement of undisputed facts. It is hereby

**ORDERED** that Defendant Komorek's request is **DENIED**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 126.

Dated: July 21, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE