UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                     :

TREVOR SHAPIRO and JOHANNA QVIST,    :
                                     :

                       Plaintiffs,   :          23 Civ. 3964 (LGS)
            -against-                 :

                                       :

TRUDY JACOBSON and STEPHEN        :             **ORDER**
KOMOREK,                               :

                                       :

                       Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants have moved for summary judgment on all claims brought by Plaintiffs.

WHEREAS, Plaintiff Trevor Shapiro asserts a claim for tortious interference based on Defendants' actions directed at Him-Eros.

WHEREAS, a court has an "an independent obligation to assure that standing exists, regardless of whether it is challenged by any of the parties." *New Jersey v. Bessent*, 149 F.4th 127, 141 (2d Cir. 2025). Standing must exist for each claim asserted. *B.B. by Rosenthal v. Hochul*, 166 F.4th 259, 271 (2d Cir. 2026).

WHEREAS, an individual who holds an interest in a corporate entity generally lacks standing to assert a claim on behalf of the corporate entity. *See Bingham v. Zolt*, 66 F.3d 553, 561-62 (2d Cir. 1995) ("When the claim is that corporate property has been removed from the corporation, it is the corporation -- having an independent legal identity -- that must seek, on its own or derivatively, to redress its injury."); *accord Red Rock Sourcing, LLC v. JGX, LLC*, No. 21 Civ. 1054, 2025 WL 524024, at *9 (S.D.N.Y. Feb. 18, 2025). It is hereby

**ORDERED** that, by **March 20, 2026**, the parties shall submit letter briefing, not to exceed three pages, discussing Plaintiff Shapiro's standing to assert a claim for tortious interference based on Defendants' conduct directed at Him-Eros.  Rather than respond separately, Defendants may submit a joint letter not to exceed three pages.

Dated: March 16, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2