UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                 :

TREVOR SHAPIRO & JOHANNA QVIST,   :
                         Plaintiffs,   :
                                 :          23 Civ. 3964 (LGS)
           -against-            :
                                 :          ORDER
TRUDY JACOBSON & STEPHEN       :
KOMOREK,                      :
                     Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held in this action on April 14, 2026.  As discussed at the conference, it is hereby

      **ORDERED** that, by **April 21, 2026**, Defendant Komorek shall file an *in forma pauperis* application, available on the Court's website at: https://www.nysd.uscourts.gov/forms/ application-proceed-without-prepaying-fees-or-costs-ifp-application.  By **April 24, 2026**, Defendant Komorek shall file any request for reasonable accommodations at trial.  It is further

      **ORDERED** that the jury trial scheduled to begin July 28, 2026, is **ADJOURNED**.  This action will be placed in first place on the Court's August 2026 trial-ready calendar; the jury trial will begin on **August 24, 2026 at 9:45 AM** or the Court's first available date thereafter.  It is further

      **ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after August 24, 2026.  It is further

      **ORDERED** that in accordance with and as further provided in Individual Rule III.D.6:

(1) Any motions *in limine* shall be filed by **June 9, 2026**. Responses to the motions shall be filed by **June 23, 2026**. No reply shall be filed. The parties shall follow the Court's Individual Rules regarding such motions.

(2) Joint requests to charge, joint *voir dire*, joint verdict form and any memorandum of law, as provided in the Court's Individual Rules, shall be filed by **June 30, 2026**.

(3) The final pretrial order shall be filed **July 14, 2026**.

(4) The final pretrial conference will be held **telephonically on August 12, 2026, at 3:00 p.m.** The conference can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.

\* \* \* \*

The parties are encouraged to confer and consent to a trial before a Magistrate Judge (per the attached form) if they wish to have a trial date certain or if they wish a different trial date. If a Magistrate Judge has overseen settlement discussions, the parties may request a different Magistrate Judge (to be randomly selected) as the trial judge.

Dated: April 15, 2026
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

2

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                    _____
                                                                    *District Judge's signature*

                                                                    _____
                                                                    *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.