**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TREVOR SHAPIRO, *et al.,*

                           Plaintiffs,                             **23 Civ. No. 3964 (LGS)**

            -against-                                 **<u>PRE-SETTLEMENT</u>**
                                                 **<u>CONFERENCE ORDER</u>**

TRUDY JACOBSON, *et al.,*

                           Defendants.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **<u>Monday, May 4, 2026</u>**

**<u>at 3:00 p.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference.  The

parties are directed to consult the undersigned's Settlement Conference Procedures, available at

https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via

Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 175 405**

**112#.**  Prior to the call, counsel are directed to confer with each other and their clients so that,

during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:     New York, New York
             April 15, 2026

                                      _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge