EXHIBIT A

DEPARTMENT OF VETERANS AFFAIRS

April 21, 2026

Stephen John Komorek
527 S Main St
Franklin, OH 45005

Dear Stephen Komorek:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-0654

You are the Veteran.

## VA Benefit Information

| | |
|---|---|
| **Your combined service-connected evaluation is:** | 100% |
| **You are considered to be totally and permanently disabled due solely to your service-connected disabilities:** | Yes |
| **The effective date of when you became totally and permanently disabled due to your service-connected disabilities:** | January 02, 2015 |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

722adf6f-1ebc-40e5-a8ca-f631c8fe5ca5

EXHIBIT A

- If you need general information about benefits and eligibility, please visit us at https://www.va.gov.
- Call us at 1-800-827-1000.
- Contact us using Telecommunications Relay Services (TTY) at 711 24/7.
- Send electronic inquiries through the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**