**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TREVOR SHAPIRO, et al.,

                       Plaintiff,

       -against-

TRUDY JACOBSON, *et al.,*

                      Defendant.
----------------------------------------------------------------X

          **23 Civ. No. 3964(LGS)**

          **ORDER SCHEDULING**
    **SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A video settlement conference in this matter is scheduled for **Tuesday, June 9, 2026 at 1:00 p.m.** by Microsoft Teams. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. As stated therein, the parties must submit *ex parte* settlement letters must be submitted to the Court no later than **Tuesday, June 2, 2026**

      **SO ORDERED.**

DATED:    New York, New York
            May 13, 2026

                              _____
                              The Honorable Gary Stein
                              United States Magistrate Judge