UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                                   :

TREVOR SHAPIRO,                                 :

                           Plaintiff,    :

                                        :         23 Civ. 3964 (LGS)

                -against-          :

                                        :           __ORDER__

TRUDY JACOBSON & STEPHEN     :
KOMOREK,                            :

                         Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant Trudy Jacobson filed motions in limine.  Exhibit A of the filing is the 37-page Amended Complaint in this action.

      WHEREAS, Individual Rule III.B.3 states that, "Each party is limited to a total of 15 exhibits (each not to exceed 15 pages)" "in support of or in opposition to a motion," and that "any application to exceed the limitations of exhibits . . . shall be by letter to the Court filed on ECF and shall contain:  (i) a detailed request for relief specifying the additional documents or pages that the party seeks to file, and (ii) an explanation as to why the relief is necessary." Defendant Jacobson did not seek leave to file an exhibit exceeding 15 pages, as required by Rule III.B.3.

      WHEREAS, the Opinion & Order entered March 26, 2026, noted that the parties had exceeded the Court's exhibit page limits in the summary judgment filings in this case and directed the parties "to review carefully the Individual Rules, as future noncompliance will result in the noncompliant documents being stricken." *Shapiro v. Jacobson*, No. 23 Civ. 3964, 2026 WL 851481, at *1 n.1 (S.D.N.Y. Mar. 26, 2026).  Consistent with that warning, documents filed

since that Opinion & Order have been stricken due to parties' filing overlength exhibits without leave. *See* Dkt. No. 153. It is hereby

**ORDERED** that Exhibit A to Defendant Jacobson's motions in limine is stricken for failure to comply with Individual Rule III.B.3. There is no need to refile the exhibit because it is already part of the record at Dkt. No. 53. It is further

**ORDERED** that all parties shall carefully review the Individual Rules and Procedures for Civil Cases and the Individual Trial Rules and Procedures, which are available on the Court's website: https://www.nysd.uscourts.gov/hon-lorna-g-schofield.

The Clerk of Court is respectfully directed to strike Dkt. No. 158-1.

Dated: June 10, 2026
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2